## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

DISCOVERY PRACTICE
MANAGEMENT, INC.,

    Plaintiff,

v.                                                       Case No: 5:19-cv-487-Oc-30PRL

LANDMARK AMERICAN
INSURANCE COMPANY,

    Defendant.

## ORDER

The Court has been advised via a Mediation Report (Dkt. 15) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of March, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record